**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SoCal Eats LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 27-0587158 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>3111 Camino Del Rio N, Suite 400<br>San Diego, CA     ZIPCODE 92108 | Street Address of Joint Debtor (No. and Street, City, and State)<br>    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 880588<br>San Diego, CA     ZIPCODE 92108 | Mailing Address of Joint Debtor (if different from street address):<br>    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7-4-801 - 31757-301X-***** - Acrobat PDFWriter

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>SoCal Eats LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B1 (Official Form 1) (04/13)** | Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>SoCal Eats LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

   _____
  Telephone Number (If not represented by attorney)

   _____
  Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐　I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐　Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.　A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

   _____
  (Printed Name of Foreign Representative)

   _____
  (Date)

### Signature of Attorney*

X  /s/ Alan Vanderhoff
  _____
  Signature of Attorney for Debtor(s)

  ALAN VANDERHOFF 138032
  _____
  Printed Name of Attorney for Debtor(s)

  Vanderhoff Law Group
  _____
  Firm Name

  401 B Street, Suite 1470
  _____
  Address

  San Diego, CA 92101
  _____

  619-299-2050
  _____
  Telephone Number

  January 6, 2014
  _____
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   _____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

   _____
  Address

X _____

   _____
  Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ David Whisenhunt
  _____
  Signature of Authorized Individual

  DAVID WHISENHUNT
  _____
  Printed Name of Authorized Individual

  Managing Member
  _____
  Title of Authorized Individual

  January 6, 2014
  _____
  Date

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

## RESOLUTION OF THE MEMBERS OF SOCAL EATS, LLC

WHEREAS, David Whisenhunt owns a 46.5% membership interest in SoCal Eats, LLC (the "Company"), Wayne Mandelbaum owns a 5% membership interest in the Company, and Thomas Elkins Zirpolo owns a 48.5% membership interest in the Company;

WHEREAS, the Company is the sole member of (1) SoCal Eats La Jolla LLC, (2) SoCal Eats Mission Valley LLC, (3) SoCal Eats Market Street LLC, (4) SoCal Eats Kearny Mesa LLC, (5) SoCal Eats College LLC, (6) SoCal Eats Point Lorna LLC, and (7) SoCal Eats Hillcrest LLC (the "Subsidiaries").

WHEREAS David Whisenhunt called a meeting of all of the members of the Company for the purpose of deciding whether to initiate a voluntary bankruptcy petition on behalf of the Company and the Subsidiaries;

WHEREAS a written notice of the meeting was given to Thomas Elkins Zirpolo and Wayne Mandelbaum on December 17, 2013 for a meeting to be held on December 27, 2013;

WHEREAS, a meeting of the members of the Company was held on December 27, 2013 at which David Whisenhunt attended in person, Wayne Mandelbaum attended by telephone, and Thomas Elkins Zirpolo did not attend;

WHEREAS the members who attended the meeting collectively hold 51.5% of the membership interests in the Company and voted unanimously to pass the resolutions set forth below; and

WHEREAS, it is in the best interest of the Company, the Subsidiaries, and their respective creditors to file a voluntary petitions in the United States Bankruptcy Court pursuant to Chapter 11of Title 11 of the United States Code for the Company and each of the Subsidiaries;

NOW THEREFORE, it is hereby resolved that David Whisenhunt is authorized to execute and deliver all documents necessary to perfect the filing of voluntary Chapter 11 bankruptcy cases on behalf of the Company and each of the Subsidiaries;

IT IS FURTHER RESOLVED that David Whisenhunt is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and each of the Subsidiaries and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company and each of the Subsidiaries in connection with such bankruptcy cases; and

///

///

///

///

IT IS FURTHER RESOLVED that David Whisenhunt is authorized to employ the Vanderhoff Law Group to represent the Company and each of the Subsidiaries in such bankruptcy cases.

December 27, 2013

David Whisenhunt, Managing Member

December 27, 2013

Wayne Mandelbaum, Member

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re    SoCal Eats LLC _____ ,

                          Debtor

Case No. _____

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Dept of Alcoholic Beverage Con 3927 Lennane Drive, Suite 100 Sacramento, CA 95834 | Dept of Alcoholic Beverage Con 3927 Lennane Drive, Suite 100 Sacramento, CA 95834 | Trade Debt | | 350.00 |
| Commercial Gas Appliance Svc 3620 Fairmount Avenue San Diego, CA 92105 | Commercial Gas Appliance Svc 3620 Fairmount Avenue San Diego, CA 92105 | Trade Debt | | 353.43 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sentry Marketing Group 13463 Torrington Drive Frisco, TX 75035 | Sentry Marketing Group 13463 Torrington Drive Frisco, TX 75035 | Trade Debt | | 456.00 |
| Western States Weeklies, Inc. 6312 Riverdale St San Diego, CA 92120 | Western States Weeklies, Inc. 6312 Riverdale St San Diego, CA 92120 | Trade Debt | | 720.00 |
| Maximum Exhaust Cleaning, Inc. PO Box 1774 Rancho Cucamonga, CA 91729 | Maximum Exhaust Cleaning, Inc. PO Box 1774 Rancho Cucamonga, CA 91729 | Trade Debt | | 865.00 |
| Aramark Uniform Service AUS PACIFIC DESERT GRP LOCKBOX POB 101232 Pasadena, CA 91189-0005 | Aramark Uniform Service AUS PACIFIC DESERT GRP LOCKBOX POB 101232 Pasadena, CA 91189-0005 | Trade Debt | | 883.61 |
| Chevron & Texaco Business Card Services PO Box 70887 Charlotte  NC  28272-0887 | Chevron & Texaco Business Card Services PO Box 70887 Charlotte  NC  28272-0887 | Trade Debt | | 989.42 |
| Wasserstrom 477 South Front St. Columbus, OH 43215 | Wasserstrom 477 South Front St. Columbus, OH 43215 | Trade Debt | | 999.15 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Wand<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | Wand<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | Trade Debt | | 1,946.00 |
| Bolt Enterprises Inc.<br>9731 Irvine Center Drive<br>Irvine, CA 92618 | Bolt Enterprises Inc.<br>9731 Irvine Center Drive<br>Irvine, CA 92618 | Trade Debt | | 3,012.35 |
| Caldarelli Hejmanowski & Page LLP<br>12340 El Camino Real Suite 430<br>San Diego, CA 92130 | Caldarelli Hejmanowski & Page LLP<br>12340 El Camino Real Suite 430<br>San Diego, CA 92130 | Trade Debt | | 5,000.00 |
| PMA LAW<br>Palecek Morrison & Associates LLP<br>514 Via De La Valle, Suite 208<br>Solana Beach, CA 92075 | PMA LAW<br>Palecek Morrison & Associates LLP<br>514 Via De La Valle, Suite 208<br>Solana Beach, CA 92075 | Trade Debt | | 5,000.00 |
| Spectrum Property Management<br>8799 Balboa Ave, #260<br>San Diego, CA 92123 | Spectrum Property Management<br>8799 Balboa Ave, #260<br>San Diego, CA 92123 | Trade Debt | | 7,490.00 |
| Principal Life Insurance Co<br>Hazard Center Retail<br>PO Box 310300 Property 022211 | Principal Life Insurance Co<br>Hazard Center Retail<br>PO Box 310300 Property 022211 | Trade Debt | | 9,345.18 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-**** - Acrobat PDFWriter

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| American Commercial Equities 22917 Pacific Coast Hwy, Ste 340 Malibu, CA 90265 | American Commercial Equities 22917 Pacific Coast Hwy, Ste 340 Malibu, CA 90265 | Trade Debt | | 10,899.38 |
| Aero Drive Three, LLC PO Box 676237 Rancho Santa Fe, CA 92067 | Aero Drive Three, LLC PO Box 676237 Rancho Santa Fe, CA 92067 | Trade Debt | | 12,450.30 |
| Paraiso Culinary Ventures, LLC 3646 Ocean Ranch Blvd Oceanside  CA  92056 | Paraiso Culinary Ventures, LLC 3646 Ocean Ranch Blvd Oceanside  CA  92056 | Trade Debt | | 17,592.18 |
| Berenbaum Weinshienk, PC 370 Seventeenth Street, Suite 4800 Denver, Colorado 80202 | Berenbaum Weinshienk, PC 370 Seventeenth Street, Suite 4800 Denver, Colorado 80202 | Trade Debt | | 25,713.96 |
| Village Hillcrest Partners, LP 6 Venture, Suite 100 lrvine, CA 92618 | Village Hillcrest Partners, LP 6 Venture, Suite 100 lrvine, CA 92618 | Trade Debt | Disputed | 30,811.67 |
| Calvin A. Colarusso, M.D. 1020 Prospect St. La Jolla, CA 92037 | Calvin A. Colarusso, M.D. 1020 Prospect St. La Jolla, CA 92037 | | | 149,000.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    January 6, 2014

Signature    /s/ David Whisenhunt

DAVID WHISENHUNT,
Managing Member

7510 Hazard, LLC
c/o PM Realty Group, L.P.
7676 Hazard Center Drive, Suite 845
San Diego, CA 92108


7510 Hazard, LLC
c/o PM Realty Group, L.P.
7676 Hazard Center Drive, Suite 845
San Diego, CA 92108


7510 Hazard, LLC
c/o Principal Real Estate Investors
CRE Equities - Western States Region
801 Grand Avenue
Des Moines, IA 50392-1370


Aero Drive Three, LLC
PO Box 676237
Rancho Santa Fe, CA 92067


Aero Drive Three, LLC
PO Box 676237
Rancho Santa Fe, CA 92067


American Commercial Equities
22917 Pacific Coast Hwy, Ste 340
Malibu, CA 90265


Aramark Uniform Service
AUS PACIFIC DESERT GRP LOCKBOX POB 101232
Pasadena, CA 91189-0005


BECPOS
5610 War Road Suite 200
Arvada, CO 80002

Berenbaum Weinshienk, PC
370 Seventeenth Street, Suite 4800
Denver, Colorado 80202


Blue Planet Drains & Plumbing Inc.
925 Hale Pl. #B-6
Chula Vista,   CA   91914


Bolt Enterprises Inc.
9731 Irvine Center Drive
Irvine, CA  92618


Caldarelli Hejmanowski & Page LLP
12340 El Camino Real Suite 430
San Diego,  CA  92130


Calvin A. Colarusso, M.D.
1020 Prospect St.
La Jolla, CA 92037


Chevron & Texaco Business Card Services
PO Box 70887
Charlotte  NC   28272-0887


Colarusso MD, Calvin A
1020 Prospect Street #415B
La Jolla  CA  92037


Colarusso Money Purchase Pension Plan
c/o Calvin A Colarusso MD 1020 Prospect Street #415B
La Jolla  CA  92037


Commercial Gas Appliance Svc
3620 Fairmount Avenue
San Diego, CA 92105

```
Conservice
PO Box 4718
Logan, UT 843234718


Crest Beverage, LLC
PO Box 848536
Los Angeles, CA 90084-8536


David Whisenhunt
P.O. Box 880588
San Diego, CA 92108


Dept of Alcoholic Beverage Con
3927 Lennane Drive, Suite 100
Sacramento, CA 95834


Doug Wilson Investments, LLC
Attn: Mr. Doug Wilson
450 B Street, Suite 1900
San Diego, CA 92101


Doug Wilson Investments, LLC
Attn: Mr. Doug Wilson
450 B Street, Suite 1900
San Diego, CA 92101


Elkins-Whisenhunt, Inc.
P.O. Box 880588
San Diego, CA 92108


EON Office
60 Tejon Street
Denver, CO 80223


Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952
```

Hara CPA Professional Services
5935 Cornerstone Ct., West, Suite 120
San Diego, CA  92121


Internal Revenue Service
Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346


Jess R. Bressi, Esq.
McKenna Long & Aldridge LLP
2030 Main Street, Suite 1000
Irvine, CA 92614


JW Trust
P.O. Box 880588
San Diego, CA 92108


Liberty Station
c/o McMillin Property Mgmt
PO Box 511536
Los Angeles  CA  90051-8091


Liberty Station
c/o McMillin Property Mgmt
PO Box 511536
Los Angeles  CA  90051-8091


LOG Realty, Inc.
c/o Rosado Associates PO Box 13086
La Jolla, CA 92039


LOG Realty, Inc.
c/o Rosado Associates PO Box 13086
La Jolla, CA 92039


Mallory Hoac
1262 River Glen Row
Unit 20
San Diego, CA 92111

Maximum Exhaust Cleaning, Inc.
PO Box 1774
Rancho Cucamonga, CA 91729


Nathan Porter
397 Franciscan Way
Oceanside, CA 92057


NUC02
PO Box 9011
Stuart, FL 34995


Paraiso Culinary Ventures, LLC
3646 Ocean Ranch Blvd
Oceanside  CA  92056


Payroll Name
Address Line 1
Address Line 2
City, State Zip


PMA LAW
Palecek Morrison & Associates LLP
514 Via De La Valle, Suite 208
Solana Beach,  CA  92075


Principal Life Insurance Co
Hazard Center Retail
PO Box 310300 Property 022211


Sentry Marketing Group
13463 Torrington Drive
Frisco, TX 75035


Smashburger Franchising LLC
1515 Arapahoe Street
Tower One, 10th Floor
Denver, CO 80202

Smashburger Franchising LLC
1515 Arapahoe Street
Tower One, 10th Floor
Denver, CO 80202


SoCal Eats College LLC
P.O. Box 880588
San Diego, CA 92108


SoCal Eats Kearny Mesa LLC
P.O. Box 880588
San Diego, CA 92108


SoCal Eats Market Street, LLC
P.O. Box 880588
San Diego, CA 92108


SoCal Eats Mission Valley LLC
P.O. Box 880588
San Diego, CA 92108


SoCal Eats Point Loma, LLC
P.O. Box 880588
San Diego, CA 92108


Spectrum Property Management
8799 Balboa Ave, #260
San Diego, CA  92123


State Board of Equalization
P.O. Box 942879
Sacramento, CA 92479


Stone Brewing Company
1999 Citracado Pkwy
Escondido, CA 92029


Swisher Hygiene Franchisee Tru
Accounts Receivable
PO Box 473526
Charlotte, NC 28247-3526

```
SYGMA Network
Laquada Johnson
5550 Blazer Prkwy Suite 300
Dublin, OH 43017


Thomas Elkins Zirpolo
2150 First Avenue
San Diego, CA 92101


Tyco Integrated Security
PO Box 371967
Pittsburgh, PA 15250-7967


United States Trustee's Office
402 West Broadway, Suite 600
San Diego, CA 92101


Vibra Bank
530 Broadway
Chula Vista, CA 91910


Village Hillcrest Partners, LP
6 Venture, Suite 100
Irvine,  CA  92618


Village Hillcrest Partners, LP
6 Venture, Suite 100
lrvine, CA 92618


Wand
7593 Corporate Way
Eden Prairie, MN 55344


Wasserstrom
477 South Front St.
Columbus, OH 43215


Wayne Mandelbaum
3700 Westhaven Dr.
Carlsbad, CA  92008
```

Western States Weeklies, Inc.
6312 Riverdale St
San Diego, CA 92120

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re  <u>SoCal Eats LLC</u>,

Debtor

Case No. _____

Chapter  <u>11</u>

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 8 pages, is true,

correct and complete to the best of my knowledge.

Date  <u>January 6, 2014</u>     Signature  <u>/s/ David Whisenhunt</u>

DAVID WHISENHUNT,
Managing Member

Alan Vanderhoff
Vanderhoff Law Group
401 B Street, Suite 1470
San Diego, CA 92101
619-299-2050

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   SoCal Eats LLC _____ ,

                Debtor

Case No. _____

Chapter   11 _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 7 pages, is true, correct and complete to the best of my knowledge.

Date   January 6, 2014 _____

Signature   /s/ David Whisenhunt _____

           DAVID WHISENHUNT,
Managing Member

Alan Vanderhoff
Vanderhoff Law Group
401 B Street, Suite 1470
San Diego, CA 92101
619-299-2050

**UNITED STATES BANKRUPTCY COURT**

**Southern District of California**

In re    SoCal Eats LLC                                            ,
                              Debtor

Case No. _____

Chapter    11

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|:---:|:---:|
| David Whisenhunt<br>P.O. Box 880588<br>San Diego, CA 92108 | 46.50 | Member |
| Thomas Elkins Zirpolo<br>2150 First Avenue<br>San Diego, CA 92101 | 48.50 | Member |
| Wayne Mandelbaum<br>3700 Westhaven Dr.<br>Carlsbad, CA  92008 | 5.00 | Member |