CSD 1099 [09/26/06]

Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following [Check one or more boxes as appropriate]:

[  ]    Summary of Schedules
[  ]    Statistical Summary of Certain Liabilities and Related Data
[  ]    Schedule A - Schedule of Real Property
[  ]    Schedule B - Schedule of Personal Property
[  ]    Schedule C - Schedule of Property Claimed Exempt
[  ]    Schedule D - Creditors Holding Secured Claims
[  ]    Schedule E - Creditors Holding Unsecured Priority Claims
[  ]    Schedule F - Creditors Holding Unsecured Nonpriority Claims
[  ]    Schedule G - Schedule of Executory Contracts & Unexpired Leases
[  ]    Schedule H - Schedule of Co-Debtor
[  ]    Schedule I - Current Income of Individual Debtor(s)
[  ]    Schedule J - Current Expenditures of Individual Debtor(s)
[  ]    Statement of Financial Affairs
[  ]    Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[  ]    Statement of Current Monthly Income (Form B22B)
[  ]    Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
[  ]    Chapter 13 Plan

**IF ADDITIONAL CREDITORS ARE ADDED AT THIS TIME, THE FOLLOWING ARE REQUIRED:**
1.    Computer diskette containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2.    Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, as required by Local Bankruptcy Rule 1007-4.  See instructions on reverse side.

Dated: _____        Signed: _____
                                        Attorney for Debtor

I [We] _____ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 attached hereto, consisting of _____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: _____

_____        _____
              Debtor                                    Joint Debtor

CSD 1099                                **REFER TO INSTRUCTIONS ON REVERSE SIDE**

## INSTRUCTIONS

1.      Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity.  When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.      If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with General Order #162.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _____ day of _____, I served a true copy of the within BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by [describe here mode of service]

on the following persons [set forth name and address of person served]:

[  ]  For Chpt. 7, 11, & 12 cases:   [  ]  For ODD numbered Chapter 13 cases:   [  ]  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE     THOMAS H. BILLINGSLEA, JR., TRUSTEE     DAVID L. SKELTON, TRUSTEE
Department of Justice          530 "B" Street, Suite. 1500          525 "B" Street, Suite 1430
402 West Broadway, Suite 600      San Diego, CA 92101           San Diego, CA 92101-4507
San Diego, CA 92101

[  ]  Chpt. 7 Trustee, if any:

[  ]  If Chpt. 11, each member of any committee appointed:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____
         (Date)                             (Typed Name and Signature)

                                         (Address)

                                         (City, State, ZIP Code)

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6A (Official Form 6A) (12/07)**

In re   SoCal Eats LLC                                    Case No.   14-00092-LA11
_____                  _____
          **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re  SoCal Eats LLC _____     Case No.  14-00092-LA11 _____
    **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Vibra Bank Account No. 1103795 | | 11,773.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | SoCal Eats College LLC (100% ownership) SoCal Eats Kearny Mesa LLC  (100% ownership) | | 600,000.00 600,000.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re    SoCal Eats LLC                                          Case No.    14-00092-LA11
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | SoCal Eats La Jolla LLC  (100% ownership) | | 600,000.00 |
| | | SoCal Eats Market Street LLC  (100% ownership) | | 600,000.00 |
| | | SoCal Eats Mission Valley LLC  (100% ownership) | | 600,000.00 |
| | | SoCal Eats Point Loma LLC  (100% ownership) | | 600,000.00 |
| | | SoCal Eats Hillcrest LLC  (100% ownership) | | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   SoCal Eats LLC
_____
         **Debtor**

Case No.   14-00092-LA11
_____
                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | | Office equipment, furnishings and supplies. | | 2,500.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

                                            0
                                    _____    continuation sheets attached       Total       $    3,614,273.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6C (Official Form 6C) (04/13)**

In re _SoCal Eats LLC_ 

   **Debtor**

Case No. _14-00092-LA11_

   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6D (Official Form 6D) (12/07)**

In re ___SoCal Eats LLC_____,    Case No. 14-00092-LA11
                    **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jess R. Bressi, Esq.<br>McKenna Long & Aldridge LLP<br>2030 Main Street, Suite 1000<br>Irvine, CA 92614 | | | Counsel for Vibra Bank<br><br><br><br>VALUE $            0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>Vibra Bank<br>530 Broadway<br>Chula Vista, CA 91910 | | | Incurred: 05/09/2011<br>Security: Lien on assets of subsidiaries.<br><br>VALUE $      3,500,000.00 | | | | 1,211,022.23 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br><br>VALUE $ | | | | | |

|  |  |
|---|---|
| ____0____ continuation sheets attached | Subtotal ► (Total of this page) | $ 1,211,022.23 | $            0.00 |
| | Total ► (Use only on last page) | $ 1,211,022.23 | $            0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6E (Official Form 6E) (04/13)**

In re  SoCal Eats LLC                                                ,        Case No._____14-00092-LA11_____
                    Debtor                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of  priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6E (Official Form 6E) (04/13) - Cont.**

In re___SoCal Eats LLC_____,        Case No.___14-00092-LA11_____
                    Debtor                                                    (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

___2___ **continuation sheets attached**

**B6E (Official Form 6E) (04/13) - Cont**.

In re SoCal Eats LLC_____,    Case No. 14-00092-LA11_____
                 **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Mallory Hoac<br>1262 River Glen Row<br>Unit 20<br>San Diego, CA 92111 | | | Paid post-petition. | | | | 1,238.16 | 1,238.16 | 0.00 |
| ACCOUNT NO. <br><br>Nathan Porter<br>397 Franciscan Way<br>Oceanside, CA 92057 | | | Paid post-petition. | | | | 1,615.04 | 1,615.04 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 2,853.20 | $ 2,853.20 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

B6E (Official Form 6E) (04/13) - Cont.

In re SoCal Eats LLC _____,     Case No. 14-00092-LA11 _____
              **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 27-4419784<br><br>Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | Incurred: 09/15/2013 | | | | 5,092.50 | 5,092.50 | 0.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 92479 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ 5,092.50 | $ 5,092.50 | $ 0.00 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 7,945.70 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 7,945.70 | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7-4-801 - 31757-301X-***** - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re    SoCal Eats LLC _____ ,    Case No. ___14-00092-LA11____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>7510 Hazard, LLC<br>c/o PM Realty Group, L.P.<br>7676 Hazard Center Drive, Suite 845<br>San Diego, CA 92108 | X | | Guaranty of Mission Valley lease. | X | X | | Notice Only |
| ACCOUNT NO.<br><br>7510 Hazard, LLC<br>c/o Principal Real Estate Investors<br>CRE Equities - Western States Region<br>801 Grand Avenue<br>Des Moines, IA 50392-1370 | X | | Guaranty of Mission Valley lease. | X | X | | 0.00 |
| ACCOUNT NO.<br><br>Aero Drive Three, LLC<br>PO Box 676237<br>Rancho Santa Fe, CA 92067 | X | | Incurred: 01/01/2014<br>Guarantee of Kearny Mesa lease. | X | X | | 0.00 |
| ACCOUNT NO.  590843<br>Berenbaum Weinshienk, PC<br>370 Seventeenth Street, Suite 4800<br>Denver, Colorado 80202 | | | Incurred: 05/23/2012<br>Consideration: Legal services. | | | | 25,713.96 |

___4___continuation sheets attached

Subtotal ▶    $    25,713.96

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  SoCal Eats LLC _____ ,          Case No.  __14-00092-LA11__
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  107<br><br>Bolt Enterprises Inc.<br>9731 Irvine Center Drive<br>Irvine, CA  92618 | | | Incurred: 10/31/2013<br>Trade debt. | | | | 3,012.35 |
| ACCOUNT NO.  2013-0618<br><br>Caldarelli Hejmanowski & Page LLP<br>12340 El Camino Real Suite 430<br>San Diego,  CA  92130 | | | Incurred: 06/17/2013<br>Consideration: Legal services. | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Calvin A. Colarusso, M.D.<br>1020 Prospect St.<br>La Jolla, CA 92037 | | | Consideration: Loan. | | | | 100,000.00 |
| ACCOUNT NO.<br><br>Colarusso Money Purchase Pension Plan<br>c/o Calvin A Colarusso MD<br>1020 Prospect Street #415B<br>La Jolla  CA  92037 | | | Incurred: 01/01/2014<br>Consideration: Loan. | | | | 49,000.00 |
| ACCOUNT NO.<br><br>David Whisenhunt<br>P.O. Box 880588<br>San Diego, CA 92108 | | | Consideration: Loan | | | | 25,000.00 |

Sheet no.  1  of  4  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    182,012.35

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  SoCal Eats LLC                                    ,        Case No.   14-00092-LA11
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Doug Wilson Investments, LLC<br>Attn: Mr. Doug Wilson<br>450 B Street, Suite 1900<br>San Diego, CA 92101 | X | | Consideration: Guaranty of Market Street lease. | X | X | | 0.00 |
| ACCOUNT NO.<br><br>Elkins-Whisenhunt, Inc.<br>P.O. Box 880588<br>San Diego, CA 92108 | | | Consideration: Loans. | | | | 615,000.00 |
| ACCOUNT NO.<br><br>JW Trust<br>P.O. Box 880588<br>San Diego, CA 92108 | | | Consideration: Loans | | | | 450,000.00 |
| ACCOUNT NO.<br><br>Liberty Station<br>c/o McMillin Property Mgmt<br>PO Box 511536<br>Los Angeles  CA  90051-8091 | X | | Consideration: Guaranty of Point Loma lease. | X | X | | 0.00 |
| ACCOUNT NO.  Jan 2014<br><br>LOG Realty, Inc.<br>c/o Rosado Associates PO Box 13086<br>La Jolla, CA 92039 | X | | Incurred: 01/01/2014<br>Consideration: Guaranty of College lease. | X | X | | 0.00 |

Sheet no.  2  of  4  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  1,065,000.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7-4-801 - 31757-301X-***** - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re ___SoCal Eats LLC_____,    Case No. ___14-00092-LA11_____
               **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | | | Incurred: 09/25/2013<br>Consideration: Management fees. | | | | 17,592.18 |
| ACCOUNT NO.  07.2013<br><br>PMA LAW<br>Palecek Morrison & Associates LLP<br>514 Via De La Valle, Suite 208<br>Solana Beach,  CA  92075 | | | Incurred: 07/01/2013<br>Consideration: Legal services. | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Scott Maish<br>Quick, Mitchell & Maish, PLLC<br>5055 E. Broadway, A-200<br>Tucson, AZ 85711 | | | Consideration: Accounting services. | | | | 3,850.00 |
| ACCOUNT NO.<br><br>Sentry Marketing Group<br>13463 Torrington Drive<br>Frisco, TX 75035 | | | Incurred: 12/15/2013 | | | | 456.00 |
| ACCOUNT NO.<br><br>Smashburger Franchising LLC<br>1515 Arapahoe Street<br>Tower One, 10th Floor<br>Denver, CO 80202 | | | Consideration: Franchise Agreement | | | | Notice Only |

Sheet no. _3_ of _4_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      26,898.18

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7-4-801 - 31757-301X-***** - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re __SoCal Eats LLC_____,    Case No. ___14-00092-LA11_____
  **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Spectrum Property Management<br>8799 Balboa Ave, #260<br>San Diego, CA 92123 | X | | Incurred: 01/01/2014<br>Guaranty of lease. | X | X | | 0.00 |
| ACCOUNT NO.<br><br>Thomas Elkins Zirpolo<br>2150 First Avenue<br>San Diego, CA 92101 | | | Consideration: Loans | | | X | 2,295,341.00 |
| ACCOUNT NO.<br><br>Village Hillcrest Partners, LP<br>6 Venture, Suite 100<br>Irvine, CA 92618 | X | | Hillcrest lease. | X | X | X | 30,811.67 |
| ACCOUNT NO.<br><br>Wayne Mandelbaum<br>3700 Westhaven Dr.<br>Carlsbad, CA 92008 | | | Member | | | | Notice Only |
| ACCOUNT NO.<br><br>Western States Weeklies, Inc.<br>6312 Riverdale St<br>San Diego, CA 92120 | | | Incurred: 11/01/2013 | | | | 720.00 |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,326,872.67

Total ▶ | $ | 3,626,497.16

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6G (Official Form 6G) (12/07)**

In re  SoCal Eats LLC
_____
**Debtor**

Case No.  14-00092-LA11
_____
**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Smashburger Franchising LLC<br>1515 Arapahoe Street<br>Tower One, 10th Floor<br>Denver, CO 80202 | Franchise Agreement |
| Doug Wilson Investments, LLC<br>Attn: Mr. Doug Wilson<br>450 B Street, Suite 1900<br>San Diego, CA 92101 | Guaranty of lease.<br>801 Market Street<br>San Diego, CA 92101 |
| Liberty Station<br>c/o McMillin Property Mgmt<br>PO Box 511536<br>Los Angeles  CA  90051-8091 | Guaranty of lease.<br>2556 Laning Rd, Suite B102 - B103<br>San Diego, CA 92106 |
| LOG Realty, Inc.<br>c/o Rosado Associates PO Box 13086<br>La Jolla, CA 92039 | Guaranty of lease.<br>6061 EI Cajon Blvd, Suite C<br>San Diego, CA 92115 |
| Aero Drive Three, LLC<br>PO Box 676237<br>Rancho Santa Fe, CA 92067 | Guaranty of lease.<br>3737 Murphy Canyon Road, Suite F<br>San Diego, CA 92123 |
| 7510 Hazard, LLC<br>c/o PM Realty Group, L.P.<br>7676 Hazard Center Drive, Suite 845<br>San Diego, CA 92108 | Guaranty of lease.<br>7610 Hazard Center Drive, Suite 507,<br>San Diego, CA 92108 |
| Regus Management Group LLC<br>HQ Mission Valley<br>3111 Camino Del Rio North, 4th FL<br>San Diego, CA 92108 | Office rental agreement. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6H (Official Form 6H) (12/07)**

In re  SoCal Eats LLC                                       Case No.    14-00092-LA11
        _____                    _____
                    **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| SoCal Eats Market Street, LLC<br>P.O. Box 880588<br>San Diego, CA 92108 | Doug Wilson Investments, LLC<br>Attn: Mr. Doug Wilson<br>450 B Street, Suite 1900<br>San Diego, CA 92101 |
| SoCal Eats Point Loma, LLC<br>P.O. Box 880588<br>San Diego, CA 92108 | Liberty Station<br>c/o McMillin Property Mgmt<br>PO Box 511536<br>Los Angeles  CA  90051-8091 |
| SoCal Eats College LLC<br>P.O. Box 880588<br>San Diego, CA 92108 | LOG Realty, Inc.<br>c/o Rosado Associates PO Box 13086<br>La Jolla, CA 92039 |
| SoCal Eats Kearny Mesa LLC<br>P.O. Box 880588<br>San Diego, CA 92108 | Aero Drive Three, LLC<br>PO Box 676237<br>Rancho Santa Fe, CA 92067" |
| SoCal Eats Mission Valley LLC<br>P.O. Box 880588<br>San Diego, CA 92108 | 7510 Hazard, LLC<br>c/o PM Realty Group, L.P.<br>7676 Hazard Center Drive, Suite 845<br>San Diego, CA 92108 |

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

### Southern District of California

SoCal Eats LLC

In re _____

Case No.   14-00092-LA11

Debtor

Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 3,614,273.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 1,211,022.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 7,945.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 3,626,497.16 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 17 | $ 3,614,273.00 | $ 4,845,465.09 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-*****  - Acrobat PDFWriter

# United States Bankruptcy Court
## Southern District of California

In re    SoCal Eats LLC  _____    Case No. ___14-00092-LA11___

Debtor

Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $   N.A. |
| Average Expenses (from Schedule J, Line 22) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

**B6 (Official Form 6 - Declaration) (12/07)**

In re    SoCal Eats LLC                                         Case No.   14-00092-LA11

                        **Debtor**                                                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____           Signature: _____
                                                           Debtor

Date _____           Signature: _____
                                                  (Joint Debtor, if any)

                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____       _____
      Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the   Managing Member   [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the SoCal Eats LLC   [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   19   sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date   January 22, 2014                    Signature:    /s/ David Whisenhunt
                                                    DAVID WHISENHUNT
                                       [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-*****- Acrobat PDFWriter

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In Re  SoCal Eats LLC

Case No.  14-00092-LA11
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

### 1.  Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2014 | | |
| 2013 | $5,808,258.52 | Operation of business through 100% owned LLCs. |
| 2012 | 9,897,929 | Operation of business through 100% owned LLCs. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)    2

---

**2. Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

---

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

---

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-------------------|-------------|--------------------|

See attached list.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

| | Type | Date | Num | Name | Me | Split | Amount |
|---|---|---|---|---|---|---|---|
| **1031 · Vibra - 0099 SoCalEats** | | | | | | | |
| | Bill Pmt -Check | 10/18/2013 | 11370 | Bolt Enterprises Inc. | | 3131 · Operations Payable | -2,000.00 |
| | Bill Pmt -Check | 10/18/2013 | 11371 | Kaiser Permanente | | 3131 · Operations Payable | -2,126.92 |
| | Bill Pmt -Check | 10/18/2013 | 11372 | Maximum Exhaust Cleaning, Inc. | | 3131 · Operations Payable | -445.00 |
| | Bill Pmt -Check | 10/18/2013 | 11373 | Paraiso Culinary Ventures, LLC | | 3131 · Operations Payable | -4,500.00 |
| | Bill Pmt -Check | 10/18/2013 | 11374 | Quick, Mitchell & Maish, PLLC | | 3131 · Operations Payable | -3,850.00 |
| | Bill Pmt -Check | 10/18/2013 | 11375 | Wand | | 3131 · Operations Payable | -500.00 |
| | Bill Pmt -Check | 10/18/2013 | 11376 | Colarusso MD, Calvin A | | 3131 · Operations Payable | -583.33 |
| | Bill Pmt -Check | 10/18/2013 | EFT | Chevron & Texaco Business Card Services | | 3131 · Operations Payable | -500.00 |
| | Bill Pmt -Check | 10/18/2013 | 11377 | Colarusso Money Purchase Pension Plan | | 3131 · Operations Payable | -285.83 |
| | Bill Pmt -Check | 11/06/2013 | 11378 | EON OFFICE | | 3131 · Operations Payable | -37.63 |
| | Bill Pmt -Check | 11/06/2013 | 11379 | Franchise Tax Board | | 3131 · Operations Payable | -3,450.00 |
| | Bill Pmt -Check | 11/06/2013 | 11380 | Muzak - National | | 3131 · Operations Payable | -189.00 |
| | Bill Pmt -Check | 11/06/2013 | 11381 | Paraiso Culinary Ventures, LLC | | 3131 · Operations Payable | -4,500.00 |
| | Bill Pmt -Check | 11/06/2013 | 11382 | Red Book Solution | | 3131 · Operations Payable | -403.02 |
| | Bill Pmt -Check | 11/06/2013 | 11383 | Sentry Marketing Group | | 3131 · Operations Payable | -456.00 |
| | Bill Pmt -Check | 11/06/2013 | EFT | Chevron & Texaco Business Card Services | | 3131 · Operations Payable | -458.46 |
| | Bill Pmt -Check | 11/06/2013 | 11384 | Village Hillcrest Partners, LP | | 3140 · Hillcrest (Closed 011‹ | -9,216.83 |
| | Bill Pmt -Check | 11/18/2013 | EFT | Chevron & Texaco Business Card Services | | 3131 · Operations Payable | -664.38 |
| | Bill Pmt -Check | 11/20/2013 | 11385 | Bolt Enterprises Inc. | | 3131 · Operations Payable | -2,003.63 |
| | Bill Pmt -Check | 11/20/2013 | 11386 | Quick, Mitchell & Maish, PLLC | | 3131 · Operations Payable | -3,850.00 |
| | Bill Pmt -Check | 11/20/2013 | 11387 | San Diego Community Newspaper Group | | 3131 · Operations Payable | -660.00 |
| | Bill Pmt -Check | 11/20/2013 | 11388 | Sentry Marketing Group | | 3131 · Operations Payable | -456.00 |
| | Bill Pmt -Check | 11/22/2013 | 1147 | Dave Whisenhunt | | 3131 · Operations Payable | -485.68 |
| | Bill Pmt -Check | 11/29/2013 | 11389 | Colarusso MD, Calvin A | | 3131 · Operations Payable | -583.33 |
| | Bill Pmt -Check | 11/29/2013 | 11390 | Colarusso Money Purchase Pension Plan | | 3131 · Operations Payable | -285.83 |
| | Bill Pmt -Check | 11/29/2013 | 11391 | Franchise Tax Board | | 3131 · Operations Payable | -1,130.00 |
| | Bill Pmt -Check | 11/29/2013 | 11392 | Kaiser Permanente | | 3131 · Operations Payable | -2,126.92 |
| | Bill Pmt -Check | 11/29/2013 | 11393 | Paraiso Culinary Ventures, LLC | | 3131 · Operations Payable | -4,500.00 |
| | Bill Pmt -Check | 11/29/2013 | 11394 | Quick, Mitchell & Maish, PLLC | | 3131 · Operations Payable | -900.00 |
| | Bill Pmt -Check | 11/29/2013 | 11395 | Vibra Bank | | 3131 · Operations Payable | -287.50 |
| | Bill Pmt -Check | 11/29/2013 | 11396 | Wand | | 3131 · Operations Payable | -500.00 |
| | Bill Pmt -Check | 11/29/2013 | 11397 | Village Hillcrest Partners, LP | | 3140 · Hillcrest (Closed 011‹ | -921.68 |

| | | | | | |
|---|---|---|---|---|---:|
| Bill Pmt -Check | 12/02/2013 | 11398 | Village Hillcrest Partners, LP | 3140 · Hillcrest (Closed 011 | -10,138.51 |
| Bill Pmt -Check | 12/26/2013 | 11399 | Bolt Enterprises Inc. | 3131 · Operations Payable | -1,212.35 |
| Bill Pmt -Check | 12/26/2013 | 11400 | Colarusso MD, Calvin A | 3131 · Operations Payable | -583.33 |
| Bill Pmt -Check | 12/26/2013 | 11401 | Colarusso Money Purchase Pension Plan | 3131 · Operations Payable | -285.83 |
| Bill Pmt -Check | 12/26/2013 | 11402 | Franchise Tax Board | 3131 · Operations Payable | -1,000.00 |
| Bill Pmt -Check | 12/26/2013 | 11403 | Quick, Mitchell & Maish, PLLC | 3131 · Operations Payable | -3,850.00 |
| Bill Pmt -Check | 12/26/2013 | 11404 | Sentry Marketing Group | 3131 · Operations Payable | -456.00 |
| Bill Pmt -Check | 01/07/2014 | 11405 | Bolt Enterprises Inc. | 3131 · Operations Payable | -1,212.35 |
| Bill Pmt -Check | 01/07/2014 | 11406 | Colarusso MD, Calvin A | 3131 · Operations Payable | -583.33 |
| Bill Pmt -Check | 01/07/2014 | 11407 | Colarusso Money Purchase Pension Plan | 3131 · Operations Payable | -285.83 |
| Bill Pmt -Check | 01/07/2014 | 11408 | Franchise Tax Board | 3131 · Operations Payable | -996.00 |
| Bill Pmt -Check | 01/07/2014 | 11409 | Sentry Marketing Group | 3131 · Operations Payable | -506.00 |
| Bill Pmt -Check | 01/07/2014 | 11410 | Western States Weeklies, Inc. | 3131 · Operations Payable | -720.00 |

Total 1031 · Vibra - 0099 SoCalEats                                                                    -74,686.50

B7 (Official Form 7) (04/13)                                                                      3

---

None

☒

    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Vincente Alva v. SoCal Eats | Workers' Compensation Appeal | Workers' Compensation Appeal Board | Pending |
| Camryn Capizzi v. SmashBurger Case No. ADJ 9078214 | Workers' Compensation Appeal | Workers' Compensation Appeal Board | Pending |

---

None

☒

    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None

☒

    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                    4

---

**6.    Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒     preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒     one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.    Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒     this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒     commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                                                5

---

**9.    Payments related to debt counseling or bankruptcy**

None ☐        List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Alan Vanderhoff<br>Vanderhoff Law Group<br>401 B Street, Suite 1470<br>San Diego, CA 92101 | January 6, 2014 | $8,500 |

---

**10.    Other transfers**

None ☐        a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | June 1, 2013 | Smashburger "Del Mar" #1087<br>1555 Camino Del Mar, Del Mar, CA 92014<br><br>$2,280,000 for 5 restaurants. |
| Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | June 1, 2013 | Smashburger "Rancho Penasquitos" #1149<br>13219 Black Mountain Rd. #7, San Diego, CA 92129<br><br>$2,280,000 for 5 restaurants. |
| Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | June 1, 2013 | Smashburger "Oceanside"#1170<br>3460 Marron Rd., Suite 107, Oceanside, CA 92056<br><br>$2,280,000 for 5 restaurants. |
| Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | June 1, 2013 | Smashburger "Vista"#1171<br>1711 University Dr., Vista, CA 92083<br><br>$2,280,000 for 5 restaurants. |
| Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | June 1, 2013 | Smashburger "San Marcos" #1238<br>763 Center Dr. Ste. 101-102, San Marcos, CA 92069<br><br>$2,280,000 for 5 restaurants. |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-****** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                              6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | June 1, 2013 | Equipment and fixtures from Hillcrest restaurant.<br><br>$120,000 |

　　　b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

　　　List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

　　　List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                    7

---

**13. Setoffs**

None ☒        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE<br>OF<br>SETOFF | AMOUNT<br>OF<br>SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☒        List all property owned by another person that the debtor holds or controls.

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☐        If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2150 First Avenue<br>San Diego, CA 92101 | SoCal Eats LLC | Through October 1, 2013. |

---

**16. Spouses and Former Spouses**

None ☒        If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

8

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

> "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

> "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

    c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☐

    a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                                                    9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SoCal Eats College LLC | 45-3265156 | P.O. Box 880588 San Diego, CA 92108 | SmashBurger restaurant. | |
| SoCal Eats Kearny Mesa LLC | 45-2498336 | P.O. Box 880588 San Diego, CA 92108 | SmashBurger restaurant. | |
| SoCal Eats Hillcrest LLC | | P.O. Box 880588 San Diego, CA 92108 | SmashBurger restaurant. | |
| SoCal Eats La Jolla LLC | 27-1464247 | P.O. Box 880588 San Diego, CA 92108 | SmashBurger restaurant. | |
| SoCal Eats Market Street LLC | 27-3261940 | P.O. Box 880588 San Diego, CA 92108 | SmashBurger restaurant. | |
| SoCal Eats Mission Valley LLC | 27-2561583 | P.O. Box 880588 San Diego, CA 92108 | SmashBurger restaurant. | |
| SoCal Eats Point Loama LLC | 45-4269305 | P.O. Box 880588 San Diego, CA 92108 | SmashBurger restaurant. | |

      b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

      NAME                                                  ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

      *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                                                          10

---

**19.  Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐              bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Scott Maish<br>Quick, Mitchell & Maish, PLLC<br>5055 E. Broadway, A-200<br>Tucson, AZ 85711 | 2/16/2013 to present. |
| Hara CPA Professional Services<br>5935 Cornerstone Ct., West, Suite 120<br>San Diego, CA 92121 | Through 2/16/2013 |

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☐              case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Hara CPA Professional Services | 5935 Cornerstone Ct., West, Suite 120<br>San Diego, CA 92121 | Through 2/16/2013. |
| Scott Maish<br>Quick, Mitchell & Maish, PLLC | 5055 E. Broadway, A-200<br>Tucson, AZ 85711 | 2/16/2013 to present. |

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐              books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Scott Maish<br>Quick, Mitchell & Maish, PLLC | 5055 E. Broadway, A-200<br>Tucson, AZ 85711 |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐          a financial statement was issued within the two years immediately preceding the commencement of this case by
the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Vibra Bank<br>530 Broadway<br>Chula Vista, CA 91910 | |
| Paraiso Culinary Ventures, LLC<br>3646 Ocean Ranch Blvd<br>Oceanside  CA  92056 | |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒          taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒          reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF<br>INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐          directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF<br>STOCK OWNERSHIP |
|---|---|---|
| David Whisenhunt<br>P.O. Box 880588<br>San Diego, CA 92108 | Managing member | 46.5% |
| Thomas Elkins Zirpolo<br>2150 First Avenue<br>San Diego, CA 92101 | Managing member. | 48.5% |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

B7 (Official Form 7) (04/13)                                                                    12

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Wayne Mandelbaum<br>3700 Westhaven Dr.<br>Carlsbad, CA 92008 | Member | 5% |

**22. Former partners, officers, directors and shareholders**

None ☒  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                    13

---

**25.  Pension Funds**

None          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒             fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
              period immediately preceding the commencement of the case.

     NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)


*     *     *     *     *     *


*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   January 22, 2014                              Signature      /s/ David Whisenhunt
_____                                     _____

                                                                    DAVID WHISENHUNT,
                                                                    Managing Member
                                                                    _____
                                                                    Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


_____0_____ continuation sheets attached


***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for
compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b);
(3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition
preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the
debtor, as required in that section.


_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or
partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is
not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-**** - Acrobat PDFWriter*

B203
12/94

# United States Bankruptcy Court
## Southern District of California

In re  SoCal Eats LLC

Case No. _____ 14-00092-LA11 _____

Chapter _____ 11 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

   For legal services, I have agreed to accept ............................................... $ _____ 0.00 _____

   Prior to the filing of this statement I have received ........…………….......…......... $ _____ 0.00 _____

   Balance Due ....................................……………………………….................…. $ _____ 0.00 _____

2.  The source of compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)

3.  The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

   See employment application to be filed.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

| January 22, 2014 | /s/ Alan Vanderhoff |
|---|---|
| *Date* | *Signature of Attorney* |
| | Vanderhoff Law Group |
| | *Name of law firm* |

*(left margin, vertical text)* Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.4-801 - 31757-301X-***** - Acrobat PDFWriter

In re SoCal Eats LLC
Case No.  14-00092-LA11

## PROOF OF SERVICE BY ECF

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding.  My business address is 401 "B" Street, Suite 1470, San Diego, California 92101.

On January 22, 2014, I served the following document(s):

**Balance of Schedules In re SoCal Eats LLC**

by CM/ECF Notice Of Electronic Filing by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List set forth below.

- Jess R. Bressi    jbressi@mckennalong.com, ksigismondo@mckennalong.com
- David A. Ortiz    david.a.ortiz@usdoj.gov, USTP.REGION15@USDOJ.GOV;tiffany.l.carroll@usdoj.gov
- United States Trustee    ustp.region15@usdoj.gov
- Alan Vanderhoff    alan.vanderhoff@vanderhofflaw.com, alanvanderhoff@cox.net

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on January 22, 2014, at San Diego, California.

/s/ Alan Vanderhoff

_____

Alan Vanderhoff