DAVID ORTIZ, ATTORNEY #167587
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re<br><br>SOCAL EATS, LLC<br><br>        Debtor.<br>_____<br>SOCAL EATS COLLEGE, LLC,<br><br>        Debtor.<br><br>Case No. 14-00094-LA11<br>_____<br>SOCAL EATS KEARNY MESA, LLC,<br><br>        Debtor.<br><br>Case No. 14-00095-LA11<br>_____<br>SOCAL EATS LA JOLLA, LLC,<br><br>        Debtor.<br><br>Case No. 14-00096-LA11<br>_____<br>SOCAL EATS MARKET STREET, LLC,<br><br>        Debtor.<br><br>Case No. 14-00097-LA11<br>_____ | Case No. 14-00092-LA11<br><br>Jointly Administered<br><br><br><br>STATEMENT OF UNITED STATES TRUSTEE CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS |

SOCAL EATS MISSION VALLEY, LLC, )
                               )
          Debtor.              )
                               )
Case No. 14-00098-LA11         )
_____)
                               )
SOCAL EATS POINT LOMA, LLC,    )
                               )
          Debtor.              )
                               )
Case No. 14-00099-LA11         )
_____)

The United States Trustee for the Southern District of California reports as follows:

1. The order for relief in this case under chapter 11 of the Bankruptcy Code was entered on January 8, 2014.

2. Despite efforts by the United States Trustee to contact unsecured creditors, as of this date sufficient indications of willingness to serve on a committee of unsecured creditors have not been received from persons eligible to serve on such a committee for any of the above-referenced jointly administered cases.

See 11 U.S.C. §1102(b)(1). Accordingly, the United States Trustee is unable to appoint a committee pursuant to 11 U.S.C. §1102(a).

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: 2/12, 2014        By: /s/ David A. Ortiz
                             David A. Ortiz,
                             Trial Attorney for the
                             Acting United States Trustee