# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

|   |   |
|---|---|
| **Debtor:** | SOCAL EATS LLC |
| **Case Number:** | 14-00092-LA11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 08, 2014 02:00 PM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) ORDER RE: CHAPTER 11 PETITION 1) SETTING STATUS CONFERENCE; 2) SETTING COMPLIANCE DEADLINE; AND 3) SETTING SANCTIONS, IF APPROPRIATE, INCLUDING DISMISSAL, CONVERSION OR APPOINTMENT OF A CHAPTER 11 TRUSTEE OR EXAMINER BECAUSEOF NONCOMPLIANCE WITH ABOVE-REFERENCE REQUIREMENTS (Fr 4/10/14)

3) MOTION TO ESTABLISH BIDDING PROCEDURES AND APPROVE BREAK-UP FEE FILED BY ALAN VANDERHOFF ON BEHALF OF SOCAL EATS LLC

2) MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY FILED BY ALAN VANDERHOFF

### Appearances:

ALAN VANDERHOFF, ATTORNEY FOR SOCAL EATS LLC
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
GARY RUDOLPH, ATTORNEY FOR THOMAS ELKINS
ROBERT BARNES, ATTORNEY FOR 7510 HAZARD COURT, LLC

### Disposition:

1) Hearing Continued to 6/19/14 at 11:00, U.S. Trustee's fees of $10,725.00 should be paid.

2) Tentative Ruling of the Court is Affirmed.

3) Hearing Continued to 5/22/14 at 2:30, the revised bidding procedures motion to be filed by 5/19 at 4:00 p.m.  The sell motion to be re-noticed to 2:30 on 5/22.

The auction motion is set for 6/19 at 11:00.